# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| A. Aheen Holmes, | Civil No.:  12cv1863 (PJS/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Dr. J. Sayer, Larry Taylor, Thomas Timmons, Rose Xavier, Andrea L. Martin, North Memorial, Dr. M. Suri, Linda B. Anthony A., Jay M. Quam, Lucinda Jeson, Mike Rothman, and Ed Ehlinger, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's Application To Proceed *In Forma Pauperis*, (Docket No. 2), be **DENIED**; and

2.  This action be **DISMISSED WITHOUT PREJUDICE**.

Dated:  2/12/13

s/Patrick J. Schiltz
Patrick J. Schiltz
U.S. District Judge
